UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

3Red Partners LLC
          Plaintiff,

v.                 Case No.: 1:20−cv−05064
                Honorable John Robert Blakey

Mohammadamin Khajehnejad
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2021:

  MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' most recent status report [44], the Court, by agreement, extends the 9/22/20 Agreed TRO [29] through 2/15/21 and extends the deadline for Defendant to respond to the complaint to 2/15/21. The parties shall file an updated status report by 2/10/21 with additional proposed case management dates. If at any time the parties determine that a settlement conference with the assigned Magistrate Judge could be productive, they should call chambers to so advise, and the Court will enter an expedite referral order for that purpose. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.