UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| 3Red PARTNERS, LLC, | : | |
| | : | Case No. 1:20-cv-05064 |
| Plaintiff, | : | |
| | : | Honorable Judge John Robert Blakey |
| v. | : | |
| | : | |
| MOHAMMADAMIN KHAJEHNEJAD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FINAL JOINT STATUS REPORT**

Plaintiff 3Red Partners, LLC ("3Red") and Defendant M. Amin Khajehnejad ("Khajehnejad") (collectively, the "Parties"), through undersigned counsel, hereby submit this Joint Status Report in accordance with this Court's June 1, 2021 Minute Entry (ECF No. 53), and state as follows:

1. The parties are conducting and are near completion of the code review set forth in paragraph (iv) of the Agreed Temporary Restraining Order (ECF No. 29).

2. Defendant anticipated filing a Motion to Compel Arbitration in response to the Verified Complaint.

3. The parties have met and conferred on that motion and other matters and have agreed to entry of an Agreed Permanent Injunction Order, which is attached to this Status Report as Exhibit A and also will be submitted to the Court's email address for Proposed Orders (Proposed_Order_Blakey@ilnd.uscourts.gov).

4. The parties agree that entry of this Agreed Permanent Injunction Order will obviate the need for Defendant to file his anticipated Motion to Compel Arbitration or any further proceedings on Plaintiff's Motion for Preliminary Injunction (ECF No. 10) and will resolve this case.

66963153v.1

5. Accordingly, the parties respectfully request entry of the Agreed Permanent Injunction Order and termination of this case (subject to the Court's retention of jurisdiction to enforce the terms of the Agreed Permanent Injunction Order).

Dated: June 14, 2021

Respectfully submitted,

| 3Red PARTNERS, LLC | Mohammadamin Khajehnejad |
|---|---|
| By: /s/ J. Scott Humphrey | By: /s/ Jeffrey Scott Eberhard |
| One of Its Attorneys | One of His Attorneys |
| | |
| J. Scott Humphrey | Jeffrey Scott Eberhard |
| shumphrey@seyfarth.com | jeberhard@gairlawgroup.com |
| Kristine R. Argentine | Chris C. Gair |
| kargentine@seyfarth.com | cgair@gairlawgroup.com |
| Emily Kesler | GAIR LAW GROUP |
| ekesler@seyfarth.com | 1 East Wacker Drive |
| SEYFARTH SHAW LLP | SUITE 2600 |
| 233 S. Wacker Drive | Chicago, Illinois 60601 |
| Suite 8000 | |
| Chicago, Illinois 60606 | *Attorneys for Defendant* |

*Attorneys for Plaintiff 3Red Partners, LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing Joint Status Report to be served upon all parties by electronic mail and this Court's ECF system, this 14th day of June, 2021.

                   */s/ J. Scott Humphrey*