# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

3Red Partners LLC

                Plaintiff,

v.                                            Case No.: 1:20–cv–05064
                                           Honorable John Robert Blakey

Mohammadamin Khajehnejad

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 16, 2021:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' request for entry of an Agreed Permanent Injunction Order. See [54]. Enter Agreed Order. The entry of this order resolves all matters in dispute, and, accordingly, this case is closed. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.